THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
EVAN J. DAVIS (SBN 250484)
Assistant United States Attorney
Room 7211, Federal Building
300 N. Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4850
Facsimile: (213) 894-0115
E-mail: Evan.Davis@usdoj.gov

Attorneys for Petitioner
United States of America

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY
LODGED
2008 JUL 11 AM 11:10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br>v.<br>JAMES M. MOORE,<br>Respondent. | Case No. SACV08-764 DOC(ANx)<br>~~[PROPOSED]~~ ORDER TO SHOW CAUSE |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service summons. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also, Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the sworn declaration of the IRS agent who issued the summons); accord,

United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).

Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, in Courtroom No. 9-D,

☐ United States Courthouse
312 North Spring Street, Los Angeles, California, 90012

☐ Roybal Federal Building and United States Courthouse
255 E. Temple Street, Los Angeles, California, 90012

☒ Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Santa Ana, California, 92701

☐ Brown Federal Building and United States Courthouse
3470 Twelfth Street, Riverside, California, 92501

☐ ______________________________
______________________________

on **Monday, August 18**, **2008**, at 8:30 a.m., and show cause why the testimony and production of books, papers, records, and other data demanded in the subject Internal Revenue Service summons should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any person authorized pursuant to Federal Rule of Civil Procedure 4(c)(2), in accordance with the service provisions of Rule 4 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that within ten days after service upon Respondent of the herein-described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to

the appearance date set by this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the appearance date set by this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten days after service of the herein-described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

SO ORDERED: This 23 day of July, 2008.

David O. Carter

UNITED STATES DISTRICT JUDGE

Presented By:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

______________________________

EVAN J. DAVIS
Assistant United States Attorney

Attorneys for the United States of America, Petitioner