THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
SBN 229637
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California  90012
  Telephone: (213) 894-2729
  Facsimile: (213) 894-0115
  Email: valerie.makarewicz@usdoj.gov

Attorneys for United States of America

FILED
CLERK, U.S. DISTRICT COURT
OCT 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>JAMES M. MOORE,<br><br>　　　　　　Respondent. | Case No. SA CV 08-764 DOC (ANx)<br><br>[~~Proposed~~] ORDER HOLDING RESPONDENT IN CIVIL CONTEMPT, IMPOSING SANCTIONS, AND ORDERING ISSUANCE OF BENCH WARRANT FOR ARREST AND INCARCERATION OF RESPONDENT<br><br>Honorable David O. Carter<br><br>Hearing:<br>Date: November 10, 2008<br>Time: 8:30 a.m.<br>Courtroom: 9-D, U.S. Courthouse<br>　　　　　411 W. 4th St.<br>　　　　　Santa Ana, CA 92701<br>(Taken off Calendar) |

Based on the pleadings and the record, the Court finds as follows:

1. On September 25, 2007, Revenue Officer S. Fanberg issued an Internal Revenue Service ("IRS") summons on Respondent, which he served on Respondent on October 16, 2007.

2. On August 28, 2008, the Court signed an ORDER ENFORCING IRS SUMMONS, which ordered Respondent to appear before Revenue Office S. Fanberg on September 15, 2008, to comply with the summons by giving testimony and bringing for examination the information designated in the subject summons. This ORDER ENFORCING IRS SUMMONS stated that failure by Respondent to fully and timely comply with said ORDER and the subject summons may subject Respondent to sanctions for civil and/or criminal contempt.

3. As of the date of this ORDER, Respondent has failed to appear before the IRS or provide the documents described in the summons.

4. ~~On November 10, 2008, at 8:30 a.m., the United States' MOTION TO HOLD RESPONDENT IN CIVIL CONTEMPT AND IMPOSE SANCTIONS came on for hearing. Appearances were noted on the record.~~

5. Respondent has failed to comply with the Court's ORDER ENFORCING IRS SUMMONS. Respondent's failure to produce the documents described in the subject summons continues to this date.

Based on the above findings and the record in this case:

1. Petitioner has presented evidence providing a prima facie basis for granting the United States' MOTION TO HOLD RESPONDENT IN CIVIL CONTEMPT AND IMPOSE SANCTIONS.

2. Respondent has not presented evidence in this proceeding and has thus far failed to meet his burden of proof to establish a defense against the finding of civil contempt for his failure to fully comply with this Court's ORDER ENFORCING IRS SUMMONS.

3. The United States' MOTION TO HOLD RESPONDENT IN CIVIL

CONTEMPT AND IMPOSE SANCTIONS is hereby GRANTED.

4. Respondent is in civil contempt of this Court for his failure to comply with the Court's ORDER ENFORCING IRS SUMMONS.

5. A sanction of incarceration for such finding of civil contempt is appropriate to compel compliance with regard to producing the documents demanded in the subject IRS summons.

6. A bench warrant shall be issued forthwith for the arrest and incarceration of Respondent, and that such incarceration shall continue until such time as Respondent has purged himself of civil contempt.

**IT IS SO ORDERED.**

DATE: October 30, 2008

DAVID O. CARTER
United States District Judge

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

10/27/08
VALERIE L. MAKAREWICZ
Assistant United States Attorney
Attorneys for the United States of America